# NO. 12-08-00324-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| | § | *APPEAL FROM THE 173RD* |
| *IN THE INTEREST OF C.G., A CHILD* | § | *JUDICIAL DISTRICT COURT OF* |
| | § | *HENDERSON COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant perfected her appeal on July 30, 2008. Thereafter, the reporter's record was filed on August 8, 2008, making Appellant's brief due on or before September 8, 2008. By way of motions for extension, Appellant was given until November 24, 2008 to file her brief. When Appellant failed to file her brief within the required time, this court notified her on December 5, 2008 that the brief was past due and warned that if no brief was received by December 15, 2008, the appeal would be presented to the court for dismissal in accordance with Texas Rule of Appellate Procedure 42.3(b) and (c).

To date, Appellant has neither complied with or otherwise responded to this court's December 5, 2008 notice. Accordingly, we ***dismiss*** the appeal ***for want of prosecution***. *See* TEX. R. APP. P. 38.8(a)(1), 42.3.(b).

Opinion delivered December 17, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)